■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUSTIN ALLEN, Appellant. [924 NYS2d 857]—Appeal from a judgment of the Supreme Court (Sise, J.), rendered October 30, 2008 in Schenectady County, among other things, convicting defendant upon his plea of guilty of the crime of criminal possession of a weapon in the second degree.

In satisfaction of a 12-count indictment, defendant pleaded guilty to criminal possession of a weapon in the second degree and waived his right to appeal. He was sentenced, in accordance with the plea agreement, to eight years in prison, to be followed by five years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record, counsel's brief and defendant's pro se submission, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Lahtinen, Malone Jr., Kavanagh and Egan Jr., JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.